UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

SYLINIA JACKSON, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

     Plaintiffs,

   v.

ZAER LTD.,

     Defendant.

---------------------------------- x

ECF CASE

No.: 1:23-cv-30

**NOTICE OF VOLUNTARY DISMISSAL**

   Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, ZAER LTD.

Dated: New York, New York
    January 24, 2023

**GOTTLIEB & ASSOCIATES**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge

Dated:  January 26, 2023